**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SE PROPERTY HOLDINGS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 12-0739-WS-B** |
| | ) | |
| **DAVID K. GREEN and CHARLOTTE D. GREEN,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFAULT JUDGMENT**

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED, ADJUDGED** and **DECREED** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff, SE Property Holdings, LLC, and against defendants, David K. Green and Charlotte D. Green, jointly and severally, in the total amount of **$203,947.99**.

DONE and ORDERED this 1st day of March, 2013.


s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE